ACCEPTED
03-14-00027-CV
3855262
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 9:11:17 AM
JEFFREY D. KYLE
CLERK

# Linda Icenhauer-Ramirez

1103 Nueces, Austin, Texas 78701
Phone:   512-477-7991   Fax:   512-477-3580
E-Mail: ljir@aol.com

**Attorney and Counselor at Law**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/22/2015 9:11:17 AM
JEFFREY D. KYLE
Clerk

January 22, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

Re:  In the Matter of J.M.
      Court of Appeals Cause No. 03-14-00027-CV
      Trial Court Cause No. J-31,485

Dear Mr. Kyle:

    Please be advised that I will be appearing before the Court on February 11, 2015 at 9 a.m. to present oral argument in this case.   If you have any questions, please contact me.

                    Sincerely,


                    Linda Icenhauer-Ramirez

cc:  Ms. Georgette Hogarth, Asst. District Attorney
      Travis County District Attorneys Office
      P.O. Box 1748
      Austin, Texas 78767